IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUSTA COUNTY, VIRGINIA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALBERTO R. GONZALES, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## MOTION TO CONVENE THREE-JUDGE COURT WITH SUPPORTING POINTS AND AUTHORITIES

Plaintiff Augusta County, Virginia respectfully moves this Court for entry of an order requesting the convening of a three-judge court. As grounds for this motion, plaintiff would show unto the Court that:

1. Plaintiff Augusta County, Virginia, ("the County") has filed this action pursuant to Section 4 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §1973b. Plaintiff's action seeks a declaratory judgment from this Court granting the County an exemption from the special remedial provisions of the Voting Rights Act.

2. A three-judge court is required under Section 4 of the Voting Rights Act: "A district court of three-judges shall be convened to hear and determine the action." See 42 U.S.C. §1973b.

3. In other cases recently brought before this Court by jurisdictions under Section 4 of the Voting Rights Act, orders have been entered requesting the convening of a three-judge court, and three-judge courts have been convened to hear and determine the action. See, *e.g.*, *City of Fairfax,*

*Virginia, v. Reno*, No. 97-2212 (D.D.C., Order entered October 1, 1997); *Frederick County, Virginia v. Reno*, No. 99-0941 (D.D.C., Order entered May 10, 1999); *Roanoke County, Virginia v. Reno*, No. 00-1949 (D.D.C., Order entered October 26, 2000) and *City of Winchester v. Ashcroft*, No. 00-3073 (D.D.C., Order entered February 5, 2001).

4. A proposed order, similar to those entered in the cases cited above, is respectfully submitted for the Court's consideration.

WHEREFORE, plaintiff respectfully prays that this Court will grant this motion and enter the attached order requiring the clerk of this Court to notify the Chief Judge of the United States Court of Appeals for the D.C. Circuit that a three-judge court is required to hear and determine this action.

Respectfully submitted,

STEVEN L. ROSENBERG
County Attorney
Augusta County, Virginia
18 Government Center Lane
P.O. Box 590
Verona, Virginia 24482-0590
(540) 245-5017

/s/ J. Gerald Hebert
J. GERALD HEBERT
Attorney at Law
J. Gerald Hebert, PC
5019 Waple Lane
Alexandria, Va. 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676