IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUSTA COUNTY, VIRGINIA,<br>a political subdivision of the<br>Commonwealth of Virginia,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO R. GONZALES,<br>Attorney General of the<br>United States of America,<br>BRADLEY J. SCHLOZMAN,<br>Acting Assistant Attorney General,<br>Civil Rights Division, United States<br>Department of Justice, Washington, DC,<br><br>    Defendants. | Civil Action No. 1:05-cv-01885-RWR<br><br>Three-Judge Court Requested |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

The plaintiff Augusta County, Virginia, and the Defendants Alberto R. Gonzales and Bradley J. Schlozman, through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree.

The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought under Section 4 of the Voting Rights Act, as amended, 42 U.S.C. §1973b. See, *e.g.*, *City of Fairfax, v. Reno*, C.A. No. 97-2212 (D.D.C. October 21, 1997); *Roanoke County, VA v. Reno*, C.A. No. 00-1949 (D.D.C. January 24, 2001); *City of Winchester, VA v. Ashcroft*, C.A. No. 00-3073 (D.D.C. May 31, 2001); and *Rockingham County Va. v. John D. Ashcroft*, CA NO. 1:02CV00391 (ESH) (D.D.C. 2002). As in those actions, this motion is based on the Stipulation of Facts which is being filed simultaneously herewith.

WHEREFORE, Plaintiff and Defendants respectfully pray that this joint motion be granted.

Respectfully submitted,

**For Plaintiff AUGUSTA COUNTY:**

STEVEN L. ROSENBERG
County Attorney
Augusta County, Virginia
18 Government Center Lane
P.O. Box 590
Verona, Virginia 24482-0590
(540) 245-5017

J. GERALD HEBERT
Attorney at Law
5019 Waple Lane
Alexandria, Va. 22304
(703) 567-5873 (O)
(703) 567-5876 (fax)
DC Bar No. 447676

**For the Defendants ALBERTO R. GONZALES and BRADLEY J. SCHLOZMAN:**

KENNETH L. WAINSTEIN
United States Attorney

JOHN TANNER
GILDA R. DANIELS
ABEL GOMEZ
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-2386

2