IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 7 - 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

AUGUSTA COUNTY, VIRGINIA,            )
                                      )
       Plaintiff,                     )
                                      )
v.                                    )
                                      )        05 1885
ALBERTO R. GONZALES, et al.,          )
                                      )
       Defendants.                    )
                                      )

ORDER

Plaintiff has moved, pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act. It appearing that the motion is well taken, it is this 4 day of October, 2005:

**ORDERED** that plaintiff's motion [#2] is **granted.** And it is

**FURTHER ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

_____
UNITED STATES DISTRICT JUDGE