# United States Court of Appeals
## For The District of Columbia Circuit

No. 418

September Term, 2005

05cv1885

Filed On:

Augusta County, Virginia,

    Plaintiff

v.

Alberto R. Gonzales, et al.,

    Defendants

United States Court of Appeals
For the District of Columbia Circuit

**FILED** NOV 0 7 2005

### DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

The Honorable Thomas F. Hogan, Chief United States District Judge, having notified me of his conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

**ORDERED,** pursuant to 28 U.S.C. § 2284, that the Honorable Janice Rogers Brown, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Ellen S. Huvelle, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Thomas F. Hogan, Chief United States District Judge, as members of the court to hear and determine this case. Judge Brown will preside.

*[signature]*
Douglas H. Ginsburg
Chief Judge

Date: 11-07-2005